**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JEFFREY LAUREN WRIGHT**                                     **PLAINTIFF**

**V.**                                                 **NO. 4:17-CV-33-DMB-JMV**

**JACKSON RENTAL**
**PROPERTIES, INC., et al.**                                          **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Order Adopting in Part Report and Recommendation entered this day, this action is **DISMISSED**.

**SO ORDERED**, this 4th day of January, 2018.

                                                           **/s/Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**